Argued and submitted June 22, affirmed and remanded for resentencing July 18, 1984

STATE OF OREGON,
*Respondent,*

*v.*

RICKY TOMPKINS,
*Appellant.*

(10-82-08958; CA A28553)

684 P2d 629

Marilyn C. McManus, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant's conviction is affirmed. The trial court, as a part of the sentence, ordered defendant to repay the costs of his defense within 12 months. However, the court did not indicate what amount was to be repaid. This was error. *State v. Stock,* 56 Or App 857, 643 P2d 877 (1982).

Affirmed; remanded for resentencing.